123 A.3d 271

RACHEL A. PARSONS, A MINOR BY HER PARENTS AND GUARD-
IANS AD LITEM, HOWARD PARSONS AND MICHELLE PAR-
SONS, AND HOWARD PARSONS AND MICHELLE PARSONS,
INDIVIDUALLY, PLAINTIFFS–MOVANTS. v. MULLICA TOWN-
SHIP BOARD OF EDUCATION AND JUDITH M. GRASSO, R.N.,
B.A., C.S.N., DEFENDANTS, AND SABAH AMIR, M.D. AND
WALTER D. CRANE, D.O., DEFENDANTS.

July 20, 2015.

## ORDER

It is ORDERED that the motion for leave to appeal is granted.